# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR 09-2814-TUC-DCB(JJM) |
| Plaintiff(s), | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| JESUS IVAN BARRON-GARCIA, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Suppress Statements.

Magistrate Judge Marshall conducted a hearing on September 15, 2010, and issued her Report and Recommendation on September 23, 2010. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is

/ / /

/ / /

ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's Motion to Suppress is granted to the extent described in the Magistrate Judge's Report and Recommendation.

DATED this 26th day of October, 2010.

David C. Bury
United States District Judge