# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff(s),  )<br>  )<br>vs.  )<br>  )<br>JESUS IVAN BARRON-GARCIA,  )<br>  )<br>    Defendant(s).  )<br>  ) | CR 09-2814-TUC-DCB(JJM)<br><br>**ORDER** |

    This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Dismiss Indictment for Lack of Valid Deportation.

    After a review of the motions submitted, Magistrate Judge Marshall issued her Report and Recommendation on October 22, 2010. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

    The Court, having made an independent review of the record, orders as follows:

/ / /

/ / /

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss is denied.

DATED this 8th day of November, 2010.

David C. Bury
United States District Judge